UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CIVIL MINUTES - GENERAL | | JS-6 | |
|---|---|---|---|
| Case No. | CV 20-3269 PSG (AGRx) | Date | May 13, 2020 |
| Title | Issa Ziadeh et al v. FCA US, LLC et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** The Court GRANTS the motion to remand

On March 4, 2020, Plaintiffs Issa Ziadeh and Salwa Ziadeh ("Plaintiffs") initiated this action in Los Angeles County Superior Court, alleging breach of implied and express warranty, among other things. *See Complaint*, Dkt. # 1-2, Ex. A ("*Compl.*"). On April 8, 2020, the action was removed to this Court on the basis of diversity of citizenship. *See Notice of Removal*, Dkt. # 1 ("*NOR*"). Plaintiffs now move to remand the action arguing, among other things, that the amount in controversy requirement is not met and that non-diverse Defendant Glenn is not a "sham" defendant destroying complete diversity of citizenship. *See* Dkt. # 13 ("*Mot.*"). Defendants FCA US, LLC and Glenn E. Thomas Company, Inc. d/b/a Glenn E. Thomas Dodge Chrysler Jeep (sued as Glenn E. Thomas Dodge Chrysler Jeep) ("Defendants") filed a notice of non-opposition to Plaintiff's motion to remand. *See* Dkt. # 15. Accordingly, the Court **GRANTS** the motion to remand and **REMANDS** the action to Los Angeles County Superior Court.

**IT IS SO ORDERED**.